<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000147
16-DEC-2013
01:36 PM**</span>

CAAP-11-0000147

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

EDMUND CHRISTIAN, Petitioner-Appellant,
vs.
STATE OF HAWAIʻI, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(SD 10-1-001; CR NO. 5DTA-08-00048)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Opinion of the court, filed on November 27, 2013, is hereby corrected as follows:

1.    On page 4, in the last line of text, insert end quotation marks after "highway[.]" so that as corrected, the text reads: ". . . road, or highway[.]""

2.    On page 13, in the fourth line of text from the bottom of the page, "Unitah" should be corrected to read "Uintah".

3.    On page 14, sixteenth line, the brackets around the letter "c" in the word "consequently" should be removed.

---

[1/] Nakamura, Chief Judge, and Foley and Reifurth, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, December 16, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge